IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND THOMPSON,<br><br>            Plaintiffs,<br><br>    vs.<br><br>RICHARD M. SUTLEY, JANET SUTLEY, and Does 1-5, inclusive,<br><br>            Defendant._____/ | No. C-05-3715 MEJ<br><br>**ORDER RESCHEDULING MOTION TO DISMISS HEARING TO JANUARY 5, 2006** |

The Court hereby finds good cause for considering the Plaintiff's Opposition. Accordingly, the Motion to Dismiss hearing is hereby rescheduled to January 5, 2006, at 10:00 a.m. Defendant's reply to the opposition shall be due by December 22, 2005.

**IT IS SO ORDERED.**

Dated: December 6, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge