IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raymond Thompson, | No. C 05-3715 MEJ |
| Plaintiff, | |
| vs. | **ORDER VACATING CMC SCHEDULED FOR JANUARY 12, 2006, TO APRIL 6, 2006** |
| Richard M. Sutley, Janet Sutley, and Does 1-5, inclusive, | |
| Defendant. | |

The Court hereby VACATES the CMC scheduled for January 12, 2006, and resets the conference for Thursday, April 6, 2006.

**IT IS SO ORDERED.**

Dated: January 4, 2006

MARIA-ELENA JAMES
United States Magistrate Judge