IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raymond Thompson,<br><br>        Plaintiff,<br><br>  vs.<br><br>Richard M. Sutley, Janet Sutley, and Does 1-5, inclusive,<br><br>        Defendant.<br>_____/ | No. C 05-3715 MEJ<br><br>**ORDER SETTING FORTH BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |

      The hearing in the above entitled matter is scheduled for Thursday, March 9, 2006, at 10:00 a.m. The briefing schedule should comply with L.R. 7-2. Defendants should submit their response by February 2, 2006. Plaintiff's response, if any, should be submitted by February 16, 2006. Finally, Plaintiff's reply, if any, should be submitted by February 23, 2006.

      Please submit a copy of all documents to Chambers. Any proposed order should be sent via email in Word Perfect format to mejpo@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: January 4, 2006

                                    MARIA-ELENA JAMES<br>                                    United States Magistrate Judge