Marguerite M. Buckley, SBN 33312
Attorney at Law
P.O. Box 433
Torrance CA 90508-0433
Tel: 310.618.9596
Fax: 310.618.1950   E-Mail: magibee2004@yahoo.com

Attorney for Plaintiff Raymond Thompson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raymond Thompson,<br><br>         Plaintiff,<br><br>    vs.<br><br>Richard M. Sutley, Janet Sutley, and<br><br>Does 1-5, inclusive,<br><br>         Defendant | Case No.:  C-05-3715-MEJ<br><br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE MARIA ELENA JAMES** |

PLAINTIFF RAYMOND THOMPSON, by his Counsel MARGUERITE M. BUCKLEY, voluntarily consents to the conduct of all proceedings in the matter herein by MAGISTRATE MARIA ELENA JAMES as Magistrate Judge, pursuant to the provisions of 28 USC 636(c). Appeal from any judgment rendered shall be taken directly to the Ninth Circuit of the United States Court of Appeais.

*/s/ Marguerite M. Buckley*

Marguerite M. Buckley, SBN 33312

|   |   |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I, the undersigned, being at least 18 years of age and not a party to this |
| 3 | action, served CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE |
| 4 | JUDGE MARIA ELENA JAMES by first class mail deposited at Torrance, |
| 5 | California on November 4, 2005 and addressed to Counsel for Defendants/Plaintiffs |
| 6 | as follows: |

Sandra A. Groven
Law Offices of Sandra A. Groven
2330 Marinship Way Ste. 302
Sausalito CA 94965

And by faxing it to: 415.332.2014

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this November 4, 2005, at Torrance CA 90501.

_____

Jan B. Tucker

California Private Investigator

License #PI-10143

CONSENT TO PROCEED BEFORE MAGISTRATE - 2