IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND THOMPSON,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD M. SUTLEY, et al.,<br><br>    Defendants | Case No. C 05-3715 MEJ<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE FILE |

On March 30, 2006, this Court granted Defendant's Motion to Dismiss (Docket #29). Therefore, the Court hereby directs the Clerk of the Court to close the file.

**IT IS SO ORDERED.**

Dated: September 30, 2008

MARIA-ELENA JAMES
United States Magistrate Judge